IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALIA HAFEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 2:20-cv-09019-SDW-LDW |

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Hafez hereby dismisses **with prejudice**, all claims against Defendant Equifax Information Services, LLC. Each Party shall bear its own attorneys' fees and costs.

Dated: August 7, 2023

Respectfully submitted,

By: ___/s/ Philip L. Fraietta___
　　　Philip L. Fraietta

**So ORDERED on 8/8/2023:**

*[signature]*

JULIEN XAVIER NEALS
United States District Judge

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Brittany S. Scott (*Pro Hac Vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: bscott@bursor.com

1

**MILBERG COLEMAN BRYSON
PHILLIPS & GROSSMAN PLLC**
Nick Suciu III*
6905 Telegraph Rd., Ste 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Email: nsuciu@milberg.com

*Attorneys for Plaintiff*